| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re: | Case Number: _____<br><br>Chapter:            13<br><br>Judge: _____ |

# NOTICE OF RECEIPT OF RESPONSE TO
# NOTICE OF FINAL CURE PAYMENT

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post-petition amounts.

DATE: June 26, 2018                                    JEANNE A. NAUGHTON, Clerk

*rev. 1/4/17*