**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David F Harts | Social Security number or ITIN   xxx–xx–8505 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–10771–ABA | |

# Order of Discharge                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    David F Harts
    aka David Harts

7/13/18                                    **By the court:** Andrew B. Altenburg Jr.
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                 Case No. 13-10771-ABA
David F Harts                                          Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin           Page 1 of 2           Date Rcvd: Jul 13, 2018
                               Form ID: 3180W        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             +David F Harts,    15 Silver Lake Drive,     Clementon, NJ 08021-2425
r              #Weichert Realtors-Marlton,    6 Route 70 West,     Marlton, NJ  08053-3010
513612334      +Asset Recovery Solutions, LLC,    2200 E Devon Ave. Ste 200,     Des Plaines, IL 60018-4501
513612336      +Bank Of The West,    PO Box 4024,    Alameda, CA 94501-0424
513612343     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:    Goodyear Credit Plan,     PO Box 183015,   Columbus, OH  43218-3015)
513612348      +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
514300078      +MidFirst Bank,    c/o Zucker Goldberg & Ackerman,     200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
513612347      +Midland Mortgage/Midfirst,    PO Box 268959,    Oklahoma City, OK 73126-8959
513612351      +The Sportsman's Guide,    411 Farwell Ave.,    PO Box 239,    South St. Paul, MN 55075-0239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:52      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513732062      +EDI: ATLASACQU.COM Jul 14 2018 03:13:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
513612340       EDI: BANKAMER.COM Jul 14 2018 03:03:00      FIA Card Services,    1100 North King Street,
                 Wilmington, DE  19884
513612335      +EDI: BANKAMER.COM Jul 14 2018 03:03:00      Bank Of America,    PO Box 15222,
                 Wilmington, DE 19886-5222
514104066      +E-mail/Text: bknotices@bankofthewest.com Jul 13 2018 23:36:07      Bank of the West,
                 2527 Camino Ramon,    San Ramon, CA 94583-4213
513612337      +EDI: HFC.COM Jul 14 2018 03:13:00      Best Buy,    HSBC Retail Services,    PO Box 15521,
                 Wilmington, DE 19850-5521
514152490       EDI: RECOVERYCORP.COM Jul 14 2018 03:13:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
517526504      +EDI: PRA.COM Jul 14 2018 03:13:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
513612338      +EDI: CHASE.COM Jul 14 2018 03:13:00      Chase Bank USA,    PO Box 15298,
                 Wilimgton, DE 19850-5298
513612339       EDI: DISCOVER.COM Jul 14 2018 03:13:00      Discover Bank,    6500 New Albany Road,
                 New Albany, OH  43054
514015069       EDI: DISCOVER.COM Jul 14 2018 03:13:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
513612341      +E-mail/Text: fggbanko@fgny.com Jul 13 2018 23:35:06      Forster, Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
513612345      +EDI: HFC.COM Jul 14 2018 03:13:00      HSBC Card Services / Sears,    PO Box 17051,
                 Baltimore, MD 21297-1051
513612346      +EDI: RMSC.COM Jul 14 2018 03:13:00      Lowes/GE Money Bank,    Att: Bankruptcy Dept,
                 PO Box 103104,    Roswell, GA 30076-9104
513612349       EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery,    140 Corporate Blvd,
                 Norfolk, VA  23502
514203105       EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
513612350      +EDI: SEARS.COM Jul 14 2018 03:13:00      Sears,    PO Box 183082,   Columbus, OH 43218-3082
514237729       EDI: ECAST.COM Jul 14 2018 03:13:00      eCAST Settlement Corporation, assignee,
                 of Chase Bank USA, N.A.,    POB 29262,    New York, NY 10087-9262
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514010436*     +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
513612342     ##+Frederick J Hanna & Assoc.,    Attorneys At Law,    1427 Roswell Rd.,   Marietta, GA 30062-3668
513612344     ##+Gordon & Weinberg,    1001 E Hector St. Ste 220,    Conshohocken, PA 19428-2395
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 13, 2018
                              Form ID: 3180W           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
           jmarchand@comcast.net
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kimberly A. Wilson    on behalf of Debtor David F Harts wilson.schroedinger@comcast.net
                                                                                             TOTAL: 9
```