Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:   13−10771−ABA
        Chapter:   13
        Judge:   Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David F Harts
   aka David Harts
   15 Silver Lake Drive
   Clementon, NJ 08021

Social Security No.:
   xxx−xx−8505

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 16, 2018</u>          <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court